IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

ORDER:
The motion is **GRANTED**.

_Alistair E. Newbern_
Alistair E. Newbern
U.S. Magistrate Judge

DIPTIBEN KAMLESH PATEL, )
)
Plaintiff, )
)
v. )
)
) Case No. 2:25-cv-00042
KIKA SCOTT, *Acting Director* ) Judge Crenshaw
*of U.S. Citizenship and Immigration Services*, ) Magistrate Judge Newbern
)
Defendant. )

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING

Defendant, by and through the United States Attorney for the Middle District of Tennessee and the undersigned counsel, respectfully moves this Honorable Court for an extension of time to file its answer or other responsive pleading to Plaintiffs' complaint. (D.E. 1).

As cause for this motion, Defendant's answer or other responsive pleading is currently due on August 11, 2025. However, since receiving this case, the undersigned has been working with agency counsel, but additional time is necessary to complete the adjudication.

The parties have consulted and agree an extension would be more feasible in the interest of judicial economy. Plaintiff's counsel has been contacted, and she does not oppose this motion.

THEREFORE, Defendant would respectfully ask this Court for a sixty (60) day extension of time, through and including October 10, 2025, to file either an answer or other responsive pleading to Plaintiff's complaint.

Respectfully submitted,

ROBERT E. MCGUIRE
Acting United States Attorney
Middle District of Tennessee

s/ Mercedes C. Maynor
MERCEDES C. MAYNOR, TN BPR #013330
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
mercedes.maynor@usdoj.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August 2025, the foregoing document was filed electronically, and a copy was served via the Court's electronic filing system upon:

| Leslie Diaz | Waleed Naser |
|---|---|
| Socheat Chea, P.C. | Naser Immigration Law, LLC |
| 3500 Duluth Park Lane, Bldg. 300 | 155 N. Wacker Street, Suite 4250 |
| Duluth, GA 30096 | Chicago, IL 30305 |

s/ Mercedes C. Maynor
MERCEDES C. MAYNOR
Assistant United States Attorney